1  KIM E. CHOATE
   CADWALADER, WICKERSHAM & TAFT         ** E-filed March 26, 2012 **
2  700 Sixth Street, N.W.
   Washington, D.C. 20001
3  Tel:  (202) 862-2206
   Fax: (202) 862-2400
4  Email:  kim.choate@cwt.com

5  Attorney for Plaintiff Bluestone Innovations Texas, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BLUESTONE INNOVATIONS TEXAS LLC, | Civil Case No.: 12-00731 HRL |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER** |
| v. | |
| OSRAM GMBH, ET AL., | |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that, pursuant to Civil L.R. 11-5(a), Notice is hereby given of Ms. Kim E. Choate's withdrawal as counsel to Plaintiff, Bluestone Innovations Texas LLC, in the above captioned matter.

This case was initially filed in the Eastern District of Texas [CIVIL ACTION NO. 2-10-CV-172].  Prior to the case being transferred into this District, Ms. Choate of the law firm Roetzel & Andress LPA (now Ms. Choate is with the law firm of Cadwalader, Wickersham & Taft LLP), had previously entered an appearance *pro hac vice* in this case in the Eastern District of Texas on behalf of Plaintiff Bluestone Innovations Texas, LLC.  Samsung Electronics Co., Ltd., has moved to substitute as Plaintiff in the above captioned case and is represented by the law firm of Covington & Burling, attorneys of whom have previously entered their appearance in this case.  Therefore, there is no prejudice to Plaintiff by Ms. Choate's withdrawal.

Pursuant to Civil Local Rule 11-5, the undersigned has given notice of Ms. Choate's withdrawal as counsel to the parties in this case.

1  In view of the above, the undersigned respectfully requests this Court approve the
2  attached Order acknowledging the withdrawal of Kim E. Choate as counsel of record for former
3  Plaintiff Bluestone Innovations Texas, LLC.
4
5  Dated:     March 16, 2012
6
7                                          */s/ Kim E. Choate*
   _____
8  Kim E. Choate
   Attorney for Plaintiff Bluestone Innovations,
9  Texas

NOTICE OF WITHDRAWAL OF COUNSEL           -2-           CIVIL CASE NO.: 12-00731 HRL

NYLIB5 800010.2

| | |
|---|---|
| 1 | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 16, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER via the Court's CM/ECF system per Local Rule 5-4 and General Order 45.

                                            /s/ Kim E. Choate
                                            Kim E. Choate

1 **[PROPOSED] ORDER**

2 It is hereby Ordered that:

3 The withdrawal of Kim E. Choate as counsel of record for Plaintiff, Bluestone
4 Innovations Texas, LLC in this matter is hereby approved.

5 Dated: March 26, 2012

7 JUDGE OF THE U.S. DISTRICT COURT
MAGISTRATE JUDGE HOWARD R. LLOYD

NOTICE OF WITHDRAWAL OF COUNSEL     -4-     CIVIL CASE NO.: 12-00731 HRL

NYLIB5 800010.2